*OFFICE OF THE CHAPTER 13 STANDING TRUSTEE*
**Jennifer R. Gorchow, Esquire**
**Cherry Tree Corporate Center**
**535 Route 38, Suite 580**
**Cherry Hill, NJ 08002**
**(856) 663-5002**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**(Camden)**

|  |  |
|---|---|
| **IN RE:** | Proceedings in Chapter 13 |
|  | Case No. 18-28560 (ABA) |
| **JOSE L. LOPEZ, SR.**<br>**MADELINE LOPEZ,** | *NOTICE OF MOTION FOR DETERMINATION OF FINAL CURE PAYMENT* |
| **Debtors.** | *Hearing Date: July 25, 2023 at 10:00 am* |

TO:   Lee M. Perlman, Esquire                          Jose and Madeline Lopez
      1926 Greentree Road, Suite 100                   2605 Medina Street
      Cherry Hill, NJ  08003                           Vineland, NJ  08361

      Sindi Mncina, Esquire                            Jeanette F. Frankenberg, Esquire
      Robertson, Anschutz, Schneid, Crane & Partners   Stern, Lavinthal & Frankenberg, LLC
      130 Clinton Road, #202                           105 Eisenhower Parkway, Suite 302
      Fairfield, NJ  07004                             Roseland, NJ  07068

      Seterus, Inc.                                    Wilmington Savings Fund Society, FSB
      Attn: President / Authorized Agent               Attn: President / Authorized Agent
      P.O. Box 1047                                    500 Delaware Avenue
      Hartford, CT  06143                              Wilmington, DE  19801

      Nationstar Mortgage LLC, d/b/a Mr. Cooper        Selene Finance, LP
      Attn: President / Authorized Agent               9990 Richmond Ave, Suite 400 South
      P.O. Box 619096                                  Attn: BK Dept
      Dallas, TX  75261                                Houston, TX  77042

Jennifer R. Gorchow, Esquire, Staff Attorney for Isabel C. Balboa, Chapter 13 Standing Trustee, has filed papers with the Court for a Determination of Final Cure Payment.

**Your rights may be affected.  You should read these papers carefully and discuss**

**them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the relief sought or you want the court to consider your views on the motion, then on or before **July 18, 2023**,

You or your attorney must file a written answer, explaining your position at:

> BANKRUPTCY COURT CLERK
> 401 MARKET STREET
> CAMDEN, NJ 08101-1104

If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You must also mail a copy to:

> ISABEL C. BALBOA
> CHAPTER 13 STANDING TRUSTEE
> CHERRY TREE CORPORATE CENTER
> 535 ROUTE 38, SUITE 580
> CHERRY HILL, NJ 08002

You must also attend the hearing scheduled for **July 25, 2023 at 10:00 a.m.** in the Courtroom of JUDGE ANDREW B. ALTENBURG, JR., COURT ROOM 4B, 401 MARKET STREET, CAMDEN, NJ, 08102-1104.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter the order granting relief.

Date: June 28, 2023                                      By: /s/ Jennifer R. Gorchow
                                                             Jennifer R. Gorchow
                                                             Staff Attorney