*OFFICE OF THE CHAPTER 13 STANDING TRUSTEE*
Jennifer R. Gorchow, Esquire
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ 08002
(856) 663-5002

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
(Camden)**

| | |
|---|---|
| **IN RE:**<br><br>**JOSE L. LOPEZ, SR.**<br>**MADELINE LOPEZ,**<br><br>**Debtor(s).** | Proceedings in Chapter 13<br><br>Case No. 18-28560 (ABA)<br><br>*STATEMENT AS TO WHY NO BRIEF IS NECESSARY IN ACCORDANCE WITH D.N.J. LBR 9013-2* |

The within Motion requests an Order to Determination of Final Cure Payment, in the above-captioned Chapter 13 bankruptcy case. As the facts and/or law relied upon, as set forth in the accompanying Motion and the basis for said Motion do not present complicated or unique questions, it is hereby submitted that no brief is necessary in the Court's consideration of the within Motion.

Date: June 28, 2023                               By: /s/ *Jennifer R. Gorchow*
                                                              Jennifer R. Gorchow
                                                              Staff Attorney