| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **OFFICE OF THE CHAPTER 13 STANDING TRUSTEE**<br>**Jennifer R. Gorchow, Esquire**<br>**Cherry Tree Corporate Center**<br>**535 Route 38, Suite 580**<br>**Cherry Hill, NJ 08002**<br>**(856) 663-5002** |

| | |
|---|---|
| In Re: JOSE L. LOPEZ, SR.<br>       MADELINE LOPEZ<br><br>                    Debtor(s) | Case No.   18-28560 (ABA)<br><br>Hearing Date: July 25, 2023<br><br>Judge: Andrew B. Altenburg, Jr. |

**ORDER FOR DETERMINATION OF FINAL CURE PAYMENT**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**Page ( 2)**

Debtor: JOSE L. LOPEZ, SR. AND MADELINE LOPEZ

Case No: 18-28560 (ABA

### ORDER FOR DETERMINATION OF FINAL CURE PAYMENT

**THIS MATTER** having been opened to the Court by Jennifer R. Gorchow, Staff Attorney for Isabel C. Balboa, Esquire, the Chapter 13 Standing Trustee, on Motion for Determination of Final Cure Payment, and further certifying that the copies of the Motion and this Order were served upon the Debtors, Debtors' Attorney, Seterus, Inc, Nationstar Mortgage, LLC d/b/a Mr. Cooper, Selene Finance, LP, Wilmington Savings Fund Society, FSB, and counsel for Secured Creditors, and good cause appearing;

**IT IS ORDERED** that:

☐   Debtor has paid Selene Finance, LP as servicer for Wilmington Savings Fund Society, FSB in accordance with the confirmed Chapter 13 Plan.

☐   Debtor has not paid Selene Finance, LP as servicer for Wilmington Savings Fund Society, FSB in accordance with the confirmed Chapter 13 Plan. The total pre-petition amount remaining unpaid as of the date of this Order is $_____

**IT IS FURTHERED ORDERED** that the Chapter 13 Standing Trustee shall serve this Order on all parties in interest.