## CHECK BREAKDOWN - CHECK NUMBER 2059180

| Case Number | Claim ID | Disburse Amount | Disburse Type |
|---|---|---|---|
| 15-13082-ABA | 22 | $489.64 | Principal (System Check) |
| 15-13082-ABA | 50 | $2,277.28 | Principal (System Check) |
| 15-14480-ABA | 7 | $531.08 | Principal (System Check) |
| 15-15154-JNP | 6 | $614.52 | Principal (System Check) |
| 15-16066-JNP | 6 | $343.91 | Principal (System Check) |
| 15-16884-ABA | 2 | $94.08 | Principal (System Check) |
| 15-19198-JNP | 1 | $595.61 | Principal (System Check) |
| 15-25552-JNP | 4 | $401.07 | Principal (System Check) |
| 15-26666-ABA | 23 | $128.83 | Principal (System Check) |
| 15-29352-JNP | 14 | $242.41 | Principal (System Check) |
| 15-30823-ABA | 18 | $151.34 | Principal (System Check) |
| 15-31957-JNP | 14 | $99.82 | Principal (System Check) |
| 15-32366-JNP | 3 | $437.95 | Principal (System Check) |
| 15-33344-JNP | 13 | $3,484.66 | Principal (System Check) |
| 16-12043-JNP | 18 | $130.11 | Principal (System Check) |
| 16-14967-JNP | 6 | $490.50 | Principal (System Check) |
| 16-16746-JNP | 10 | $542.14 | Principal (System Check) |
| 16-18892-ABA | 3 | $147.72 | Principal (System Check) |
| 16-19531-ABA | 23 | $682.61 | Principal (System Check) |
| 16-21673-JNP | 4 | $37.02 | Principal (System Check) |
| 16-21680-ABA | 8 | $184.37 | Principal (System Check) |
| 16-25584-JNP | 17 | $530.15 | Principal (System Check) |
| 16-26190-JNP | 8 | $386.32 | Principal (System Check) |
| 16-26910-ABA | 14 | $414.83 | Principal (System Check) |
| 16-28964-ABA | 46 | $20.10 | Principal (System Check) |
| 16-30140-ABA | 2 | $415.71 | Principal (System Check) |
| 16-32988-JNP | 9 | $124.81 | Principal (System Check) |

1 2 3 4 5

### Check Detail

| | |
|---|---|
| Check Amount | $61,274.42 |
| Check Date | 1/2/2020 |
| Payee Name | NATIONSTAR MORTGAGE, LLC |
| Payee Address 1 | dba MR. COOPER |
| Payee Address 2 | BANKRUPTCY DEPARTMENT |
| Payee Address 3 | P.O. BOX 619094 |
| Payee City | DALLAS |
| Payee State | TX |
| Payee Zip Code | 752619741 |

### Additional Check Information

| | |
|---|---|
| Check Status | Cleared |
| Check Status Date | 2/4/2020 8:02:37 AM |
| Bank Reconciliation Date | 1/13/2020 |
| Principal Amount | $61,274.42 |
| Interest Amount | $0.00 |
| Positive Pay Transmit Date | 1/2/2020 8:00:06 PM |
| Positive Pay Transmit Flag | True |
| Check Code | |
| Source | MONTHLY DISBURSEMENTS |
| Transfer Description | |
| Name | NATIONSTAR MORTGAGE, LLC |
| User | Admin User |

**WARNING: CHECK PRINTED IN BLUE AND RED PRISMATIC PANTOGRAPH ON TONER GRIP CHEMICAL REACTIVE PAPER. VOID APPEARS IF COPIED, FLUORESCENT FIBERS, MICRO PRINTING, TRUE WATERMARK AND LAID LINES WITH TRUSTEE NAME.**

Isabel C. Balboa
CHAPTER 13 STANDING TRUSTEE
CHERRY TREE CORPORATE CENTER
535 ROUTE 38, SUITE 580
CHERRY HILL, NJ 08002-2977

SunTrust Bank

64-79/611

VOID AFTER 90 DAYS

| CHECK DATE | CASE NO./CLAIM NO. |
01/02/2020

2059180

JAN 07 2020

VOID DATE: 04/01/2020

In Re: VOUCHER CHECK

******$61,274.42

**PAY ONLY**   * Sixty One Thousand Two Hundred Seventy Four And 42 / 100 D

TO THE ORDER OF

NATIONSTAR MORTGAGE, LLC
dba MR. COOPER
BANKRUPTCY DEPARTMENT
P.O. BOX 619094
DALLAS, TX  75261-9741

⑈2059180⑈  ⑆061100790⑆000000575080⑈



474173

ENDORSE HERE

X

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

PAYEE ENDORSEMENT GUARANTEED BY....

"FEDERAL RESERVE BOARD OF GOVERNORS REG. CC"