**CHECK BREAKDOWN - CHECK NUMBER 2065079**

| Case Number | Claim ID | Disburse Amount | Disburse Type |
|---|---|---|---|
| 15-13082-ABA | 22 | $979.28 | Principal (System Check) |
| 15-13082-ABA | 50 | $4,554.56 | Principal (System Check) |
| 15-15154-JNP | 6 | $151.79 | Principal (System Check) |
| 15-16066-JNP | 6 | $343.91 | Principal (System Check) |
| 15-19198-JNP | 1 | $595.61 | Principal (System Check) |
| 15-20293-ABA | 23 | $200.00 | Principal (System Check) |
| 15-25552-JNP | 4 | $401.07 | Principal (System Check) |
| 15-26666-ABA | 23 | $128.83 | Principal (System Check) |
| 15-29352-JNP | 14 | $193.93 | Principal (System Check) |
| 15-30823-ABA | 18 | $151.34 | Principal (System Check) |
| 15-31957-JNP | 14 | $99.82 | Principal (System Check) |
| 15-32366-JNP | 3 | $437.95 | Principal (System Check) |
| 16-12043-JNP | 18 | $130.11 | Principal (System Check) |
| 16-16746-JNP | 10 | $542.14 | Principal (System Check) |
| 16-18892-ABA | 3 | $147.72 | Principal (System Check) |
| 16-19531-ABA | 23 | $682.61 | Principal (System Check) |
| 16-21673-JNP | 4 | $16.52 | Principal (System Check) |
| 16-21680-ABA | 8 | $184.31 | Principal (System Check) |
| 16-25584-JNP | 17 | $995.76 | Principal (System Check) |
| 16-26190-JNP | 8 | $386.32 | Principal (System Check) |
| 16-26910-ABA | 14 | $207.42 | Principal (System Check) |
| 16-27028-JNP | 14 | $106.03 | Principal (System Check) |
| 16-28964-ABA | 46 | $20.10 | Principal (System Check) |
| 16-32988-JNP | 9 | $364.03 | Principal (System Check) |
| 16-34370-ABA | 12 | $139.20 | Principal (System Check) |
| 17-10840-JNP | 3 | $295.96 | Principal (System Check) |
| 17-11677-JNP | 27 | $722.85 | Principal (System Check) |

1 2 3 4 5 6

| Check Detail | |
|---|---|
| Check Amount | $57,058.61 |
| Check Date | 3/3/2020 |
| Payee Name | NATIONSTAR MORTGAGE, LLC |
| Payee Address 1 | dba MR. COOPER |
| Payee Address 2 | BANKRUPTCY DEPARTMENT |
| Payee Address 3 | P.O. BOX 619094 |
| Payee City | DALLAS |
| Payee State | TX |
| Payee Zip Code | 752619741 |

| Additional Check Information | |
|---|---|
| Check Status | Cleared |
| Check Status Date | 4/2/2020 10:22:12 AM |
| Bank Reconciliation Date | 3/16/2020 |
| Principal Amount | $57,058.61 |
| Interest Amount | $0.00 |
| Positive Pay Transmit Date | 3/3/2020 8:00:09 PM |
| Positive Pay Transmit Flag | True |
| Check Code | |
| Source | MONTHLY DISBURSEMENTS |
| Transfer Description | |
| Name | NATIONSTAR MORTGAGE, LLC |
| User | Admin User |

WARNING: CHECK PRINTED IN BLUE AND RED PRISMATIC PANTOGRAPH ON TONER GRIP CHEMICAL REACTIVE PAPER, VOID APPEARS IF COPIED, FLUORESCENT FIBERS, MICRO PRINTING, TRUE WATERMARK AND LAID LINES WITH TRUSTEE NAME.

Isabel C. Balboa
CHAPTER 13 STANDING TRUSTEE
CHERRY TREE CORPORATE CENTER
535 ROUTE 38, SUITE 580
CHERRY HILL, NJ 08002-2977

SunTrust Bank
64-79/611

VOID AFTER 90 DAYS
CHECK DATE
03/03/2020

CASE NO./CLAIM NO.

2065079

In Re: VOUCHER CHECK

MAR 10 2020

VOID DATE: 06/01/2020

******$57,058.61

PAY ONLY   * Fifty Seven Thousand Fifty Eight And 61/ 100 Dollars * * * * * *

TO THE ORDER OF
NATIONSTAR MORTGAGE, LLC
dba MR. COOPER
BANKRUPTCY DEPARTMENT
P.O. BOX 619094
DALLAS, TX  75261-9741

⑆ 2065079 ⑆  ⑇061100790⑇ 000000575080 ⑉

479843

ENDORSE HERE
X

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

PAYEE ENDORSEMENT GUARANTEED BY DEPOSITORY BANK

FEDERAL RESERVE BOARD OF GOVERNORS REG. CC