## CHECK BREAKDOWN - CHECK NUMBER 2072840

| Case Number | Claim ID | Disburse Amount | Disburse Type |
|---|---|---|---|
| 15-19198-JNP | 1 | $595.61 | Principal (System Check) |
| 15-24568-ABA | 27 | $171.49 | Principal (System Check) |
| 15-25552-JNP | 4 | $401.07 | Principal (System Check) |
| 15-26666-ABA | 23 | $128.83 | Principal (System Check) |
| 15-29352-JNP | 14 | $279.70 | Principal (System Check) |
| 15-30823-ABA | 18 | $151.34 | Principal (System Check) |
| 15-31957-JNP | 14 | $99.82 | Principal (System Check) |
| 15-32366-JNP | 3 | $437.95 | Principal (System Check) |
| 16-12043-JNP | 18 | $130.12 | Principal (System Check) |
| 16-16746-JNP | 10 | $542.14 | Principal (System Check) |
| 16-18892-ABA | 3 | $147.72 | Principal (System Check) |
| 16-21673-JNP | 4 | $52.00 | Principal (System Check) |
| 16-21680-ABA | 8 | $184.37 | Principal (System Check) |
| 16-22864-JNP | 15 | $1,513.92 | Principal (System Check) |
| 16-25584-JNP | 17 | $950.58 | Principal (System Check) |
| 16-26910-ABA | 14 | $414.83 | Principal (System Check) |
| 16-27028-JNP | 14 | $318.09 | Principal (System Check) |
| 16-32988-JNP | 9 | $124.81 | Principal (System Check) |
| 16-34370-ABA | 27 | $197.31 | Principal (System Check) |
| 17-10840-JNP | 3 | $295.96 | Principal (System Check) |
| 17-12115-ABA | 2 | $157.66 | Principal (System Check) |
| 17-12342-ABA | 27 | $459.16 | Principal (System Check) |
| 17-13000-ABA | 12 | $243.40 | Principal (System Check) |
| 17-13415-ABA | 3 | $396.46 | Principal (System Check) |
| 17-13422-ABA | 4 | $546.08 | Principal (System Check) |
| 17-13433-JNP | 9 | $693.34 | Principal (System Check) |
| 17-15834-ABA | 16 | $495.34 | Principal (System Check) |

1 2 3 4 5

### Check Detail

| | |
|---|---|
| Check Amount | $61,362.42 |
| Check Date | 6/4/2020 |
| Payee Name | NATIONSTAR MORTGAGE, LLC |
| Payee Address 1 | dba MR. COOPER |
| Payee Address 2 | BANKRUPTCY DEPARTMENT |
| Payee Address 3 | P.O. BOX 619094 |
| Payee City | DALLAS |
| Payee State | TX |
| Payee Zip Code | 752619741 |

### Additional Check Information

| | |
|---|---|
| Check Status | Cleared |
| Check Status Date | 7/2/2020 8:09:08 AM |
| Bank Reconciliation Date | 6/17/2020 |
| Principal Amount | $61,362.42 |
| Interest Amount | $0.00 |
| Positive Pay Transmit Date | 6/4/2020 9:00:06 PM |
| Positive Pay Transmit Flag | True |
| Check Code | |
| Source | MONTHLY DISBURSEMENTS |
| Transfer Description | |
| Name | NATIONSTAR MORTGAGE, LLC |
| User | Admin User |

**WARNING:** CHECK PRINTED IN BLUE AND RED PRISMATIC PANTOGRAPH ON TONER GRIP CHEMICAL REACTIVE PAPER, VOID APPEARS IF COPIED, FLUORESCENT FIBERS, MICRO PRINTING, TRUE WATERMARK AND LAID LINES WITH TRUSTEE NAME.

Isabel C. Balboa
CHAPTER 13 STANDING TRUSTEE
CHERRY TREE CORPORATE CENTER
535 ROUTE 38, SUITE 580
CHERRY HILL, NJ 08002-2977

SunTrust Bank
64-79/611

VOID AFTER 90 DAYS
CHECK DATE: 06/04/2020
CASE NO./CLAIM NO.

2072840

In Re: VOUCHER CHECK

VOID DATE: 09/02/2020

******$61,362.42

PAY ONLY  * Sixty One Thousand Three Hundred Sixty Two And 42 / 100 Do

TO THE ORDER OF:
NATIONSTAR MORTGAGE, LLC
dba MR. COOPER
BANKRUPTCY DEPARTMENT
P.O. BOX 619094
DALLAS, TX  75261-9741

JUN 08 2020

⑈ 2072840 ⑈  ⑆061100790⑆ 000000575080 7⑈

487377

ENDORSE HERE
X

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

PAYEE ENDORSEMENT GUARANTEED BY

FEDERAL RESERVE BOARD OF GOVERNORS REG CC

SECURITY FEATURES