# Jennie Archer

| | |
|---|---|
| **From:** | Sindi Mncina <smncina@raslg.com> |
| **Sent:** | Monday, June 26, 2023 1:06 PM |
| **To:** | Jennie Archer; Dena Eaves; Kimberly Wilson |
| **Cc:** | Lee Perlman; Heidi Spivak; Jessica Norton |
| **Subject:** | RE: Jose and Madeline Lopez / 18-28560 ABA |

Good Afternoon,
  Unfortunately, Selene said that they are not able to provide any details of the missing funds at this time and have not provided an ETA for when we will know.


Sindi Mncina
Robertson, Anschutz, Schneid, Crane & Partners, PLLC
13010 Morris Rd., Suite 450
Alpharetta, GA 30004
Ph:   (470) 321-7112 Ex: 52327
Email: SMncina@raslg.com



**From:** Jennie Archer <jarcher@standingtrustee.com>
**Sent:** Monday, June 26, 2023 9:09 AM
**To:** Dena Eaves <deaves@raslg.com>; Sindi Mncina <smncina@raslg.com>; Kimberly Wilson <kimwilson@raslg.com>
**Cc:** Lee Perlman <lperlman@newjerseybankruptcy.com>; Heidi Spivak <hspivak@newjerseybankruptcy.com>; Jessica Norton <jnorton@raslg.com>
**Subject:** RE: Jose and Madeline Lopez / 18-28560 ABA
**Importance:** High

**This message originated outside of the organization. Use caution when opening attachments, clicking links or responding to requests for information.**


Good morning,

I am following up with the emails below.

**Effective immediately, any correspondence regarding Confirmation hearings must be received no later than 11:59 p.m. Monday evening prior to the hearing.  Any emails received or documents uploaded after 11:59 p.m. Monday evening will not be opened or reviewed and the Trustee's recommendation will not be changed.  If there is opposition to the Trustee's recommendation, any request to hold the matter for the Judge must be received no later than 10:00 a.m. Monday morning.  No exceptions to this policy will be given.  Please note, all emails and submissions for Confirmation hearings scheduled for July 5, 2023, must be received no later than Friday, June 30, 2023.  Any questions or concerns may be directed to Jennie Archer for Judge Altenburg cases and Kimberly Talley for Judge Poslusny cases.**

Thank you,

Jennie P. Archer, Senior Paralegal
Office of the Chapter 13 Standing Trustee
Isabel C. Balboa, Esquire
535 Route 38, Suite 580
Cherry Hill, NJ  08002
(856) 663-5002 ext. 137
(856) 663-3805 (Facsimile)

**From:** Jennie Archer
**Sent:** Tuesday, June 20, 2023 7:41 AM
**To:** Dena Eaves <deaves@raslg.com>; Sindi Mncina <smncina@raslg.com>; Kimberly Wilson <kimwilson@raslg.com>
**Cc:** Lee Perlman <lperlman@newjerseybankruptcy.com>; Heidi Spivak <hspivak@newjerseybankruptcy.com>; Jessica Norton <jnorton@raslg.com>
**Subject:** RE: Jose and Madeline Lopez / 18-28560 ABA
**Importance:** High

Good morning,

Either the Debtors or the Trustee have 30 days from the date the Response to Notice of Final Cure is filed to file a Motion to Determine Final Cure.  A motion will need to be filed no later than next week.  This office is trying to avoid the need to file a motion and provide the Court with the information already provided to your office.  Please advise as soon as possible to avoid a motion being filed.

**Effective immediately, any correspondence regarding Confirmation hearings must be received no later than 11:59 p.m. Monday evening prior to the hearing.  Any emails received or documents uploaded after 11:59 p.m. Monday evening will not be opened or reviewed and the Trustee's recommendation will not be changed.  If there is opposition to the Trustee's recommendation, any request to hold the matter for the Judge must be received no later than 10:00 a.m. Monday morning.  No exceptions to this policy will be given.  Please note, all emails and submissions for Confirmation hearings scheduled for July 5, 2023, must be received no later than Friday, June 30, 2023.  Any questions or concerns may be directed to Jennie Archer for Judge Altenburg cases and Kimberly Talley for Judge Poslusny cases.**

Thank you,

Jennie P. Archer, Senior Paralegal
Office of the Chapter 13 Standing Trustee
Isabel C. Balboa, Esquire
535 Route 38, Suite 580
Cherry Hill, NJ  08002
(856) 663-5002 ext. 137
(856) 663-3805 (Facsimile)

**From:** Dena Eaves <deaves@raslg.com>
**Sent:** Thursday, June 15, 2023 8:01 PM
**To:** Jennie Archer <jarcher@standingtrustee.com>; Sindi Mncina <smncina@raslg.com>; Kimberly Wilson <kimwilson@raslg.com>
**Cc:** Lee Perlman <lperlman@newjerseybankruptcy.com>; Heidi Spivak <hspivak@newjerseybankruptcy.com>; Jessica Norton <jnorton@raslg.com>
**Subject:** RE: Jose and Madeline Lopez / 18-28560 ABA

Good Afternoon,

I have sent a follow up message over to our client on this matter as we have not yet received a response.
As soon I hear back on my end I will be relaying the same to you, however, please feel free to send another follow up on this.

**Thank you,**
**Dena Eaves**
**Bankruptcy Supervisor**
**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
13010 Morris Rd., Suite 450
Alpharetta, GA 30004
Phone: (470) 321-7112 x52137
Fax: (404) 393-1425
deaves@raslg.com



**From:** Jennie Archer <jarcher@standingtrustee.com>
**Sent:** Wednesday, June 14, 2023 9:03 AM
**To:** Dena Eaves <deaves@raslg.com>; Sindi Mncina <smncina@raslg.com>; Kimberly Wilson <kimwilson@raslg.com>
**Cc:** Lee Perlman <lperlman@newjerseybankruptcy.com>; Heidi Spivak <hspivak@newjerseybankruptcy.com>; Jessica Norton <jnorton@raslg.com>
**Subject:** RE: Jose and Madeline Lopez / 18-28560 ABA

**This message originated outside of the organization. Use caution when opening attachments, clicking links or responding to requests for information.**

Good morning,

I am following up with the emails below.  Please advise if the missing payments have been accounted for.

Thank you,

Jennie P. Archer, Senior Paralegal
Office of the Chapter 13 Standing Trustee
Isabel C. Balboa, Esquire
535 Route 38, Suite 580
Cherry Hill, NJ  08002
(856) 663-5002 ext. 137
(856) 663-3805 (Facsimile)

**From:** Jennie Archer
**Sent:** Thursday, June 1, 2023 11:11 AM
**To:** Dena Eaves <deaves@raslg.com>; Sindi Mncina <smncina@raslg.com>; Kimberly Wilson <kimwilson@raslg.com>
**Cc:** Lee Perlman <lperlman@newjerseybankruptcy.com>; Heidi Spivak <hspivak@newjerseybankruptcy.com>; Jessica

3

Norton <jnorton@raslg.com>
**Subject:** RE: Jose and Madeline Lopez / 18-28560 ABA

Good morning Ms. Eaves,

I have attached the vouchers and the cancelled checks as requested.

Thank you,

Jennie P. Archer, Senior Paralegal
Office of the Chapter 13 Standing Trustee
Isabel C. Balboa, Esquire
535 Route 38, Suite 580
Cherry Hill, NJ  08002
(856) 663-5002 ext. 137
(856) 663-3805 (Facsimile)

---

**From:** Dena Eaves <deaves@raslg.com>
**Sent:** Thursday, June 1, 2023 11:01 AM
**To:** Jennie Archer <jarcher@standingtrustee.com>; Sindi Mncina <smncina@raslg.com>; Kimberly Wilson <kimwilson@raslg.com>
**Cc:** Lee Perlman <lperlman@newjerseybankruptcy.com>; Heidi Spivak <hspivak@newjerseybankruptcy.com>; Jessica Norton <jnorton@raslg.com>
**Subject:** RE: Jose and Madeline Lopez / 18-28560 ABA

Good Morning Ms. Archer,

I hope this message finds you well.
Thank you for providing us with a copy of the Disbursement Records.
Will you please also provide us with front and back copies of the checks that Selene is asserting they are not in receipt of?
This information will be needed for our client to further review.

**Thank you,**
**Dena Eaves**
**Bankruptcy Supervisor**
**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
13010 Morris Rd., Suite 450
Alpharetta, GA 30004
Phone: (470) 321-7112 x52137
Fax: (404) 393-1425
deaves@raslg.com



---

**From:** Jennie Archer <jarcher@standingtrustee.com>
**Sent:** Thursday, June 1, 2023 9:23 AM
**To:** Sindi Mncina <smncina@raslg.com>; Kimberly Wilson <kimwilson@raslg.com>
**Cc:** Dena Eaves <deaves@raslg.com>; Lee Perlman <lperlman@newjerseybankruptcy.com>; Heidi Spivak

4

<[hspivak@newjerseybankruptcy.com](mailto:hspivak@newjerseybankruptcy.com)>
**Subject:** Jose and Madeline Lopez / 18-28560 ABA

**This message originated outside of the organization. Use caution when opening attachments, clicking links or responding to requests for information.**

Good morning,

This office is in receipt of Wilmington Savings Fund Society, FSB's response to Notice of Final Cure Payment.  The response states that WSFS has not received disbursements totaling $7,225.36 and notes that secured creditor is not in receipt of Check #2059180 in the amount of $1,556.78, Check #2065079 in the amount of $1,593.03 and Check #2072840 in the amount of $4,075.55.

I have attached a copy of the disbursement records for your reference.  The above-referenced checks were issued to Nationstar Mortgage, LLC prior to the claim being transferred to WSFS on October 9, 2020.  Check #2059179 was cashed by Nationstar on 1/13/2020.  Check #2065078 was cashed by Nationstar on 3/16/2020 and Check #2072839 was cashed by Nationstar on 6/17/2020.  The funds were never returned to the Trustee.  Kindly re-review the attached disbursement records with your client and advise why those funds were not credited to Debtor's account.  Otherwise, the Trustee will need to file a Motion for Determination of Final Cure.

Thank you,

Jennie P. Archer, Senior Paralegal
Office of the Chapter 13 Standing Trustee
Isabel C. Balboa, Esquire
535 Route 38, Suite 580
Cherry Hill, NJ  08002
(856) 663-5002 ext. 137
(856) 663-3805 (Facsimile)

CONSUMER OPT-OUT: Please note that you may opt out of receiving further email communications to this email address by replying to this email with the word "stop" in the subject line. While the firm will comply with your request to opt out of receiving further electronic communication to this email address, please be advised that the firm may still be required by applicable law or court rule to provide you with certain notices or pleadings.

In some circumstances this firm may be deemed a "debt collector" as defined by the Fair Debt Collection Practices Act and other applicable law. In such a case, this is an attempt to collect a debt. Any information obtained may be used for that purpose.

PRIVILEGE AND CONFIDENTIALITY NOTICE: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. § 2510-2521 and is legally privileged. The contents of this e-mail message and any attachments are intended solely for the party or parties addressed and named in this message. This communication and all attachments, if any, are intended to be and to remain confidential, and it may be subject to the applicable attorney - client and or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute, or copy this message and or any attachments if you are not the intended recipient. Do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments. Although this E-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Robertson, Anschutz, Schneid, Crane & Partners, PLLC for damage arising in any way from its use.
CONSUMER OPT-OUT: Please note that you may opt out of receiving further email communications to this email address by replying to this email with the word "stop" in the subject line. While the firm will comply with your request to opt out of

receiving further electronic communication to this email address, please be advised that the firm may still be required by applicable law or court rule to provide you with certain notices or pleadings.

In some circumstances this firm may be deemed a "debt collector" as defined by the Fair Debt Collection Practices Act and other applicable law. In such a case, this is an attempt to collect a debt. Any information obtained may be used for that purpose.

PRIVILEGE AND CONFIDENTIALITY NOTICE: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. § 2510-2521 and is legally privileged. The contents of this e-mail message and any attachments are intended solely for the party or parties addressed and named in this message. This communication and all attachments, if any, are intended to be and to remain confidential, and it may be subject to the applicable attorney - client and or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute, or copy this message and or any attachments if you are not the intended recipient. Do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments. Although this E-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Robertson, Anschutz, Schneid, Crane & Partners, PLLC for damage arising in any way from its use.
CONSUMER OPT-OUT: Please note that you may opt out of receiving further email communications to this email address by replying to this email with the word "stop" in the subject line. While the firm will comply with your request to opt out of receiving further electronic communication to this email address, please be advised that the firm may still be required by applicable law or court rule to provide you with certain notices or pleadings.

In some circumstances this firm may be deemed a "debt collector" as defined by the Fair Debt Collection Practices Act and other applicable law. In such a case, this is an attempt to collect a debt. Any information obtained may be used for that purpose.

PRIVILEGE AND CONFIDENTIALITY NOTICE: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. § 2510-2521 and is legally privileged. The contents of this e-mail message and any attachments are intended solely for the party or parties addressed and named in this message. This communication and all attachments, if any, are intended to be and to remain confidential, and it may be subject to the applicable attorney - client and or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute, or copy this message and or any attachments if you are not the intended recipient. Do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments. Although this E-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Robertson, Anschutz, Schneid, Crane & Partners, PLLC for damage arising in any way from its use.