*OFFICE OF THE CHAPTER 13 STANDING TRUSTEE*
**Jennifer R. Gorchow, Esquire**
**Cherry Tree Corporate Center**
**535 Route 38, Suite 580**
**Cherry Hill, NJ 08002**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**(Camden)**

| IN RE:<br>  JOSE L. LOPEZ, SR.<br>  MADELINE LOPEZ<br>                    **Debtor(s).** | Case No.: 18-28560 (ABA)<br><br>Adv. No.:<br><br>Hearing Date: July 25, 2023, at 10:00am<br><br>Judge: Andrew B. Altenburg, Jr. |
|---|---|

**CERTIFICATION OF SERVICE**

1. I,  Jennie P. Archer :

   ☐ represent the _____ in the above-captioned matter.

   ☒ am the paralegal for <u>Isabel C. Balboa, Esquire, Chapter 13 Standing Trustee</u> in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On  June 28, 2023 , I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   MOTION FOR DETERMINATION OF FINAL CURE PAYMENT

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:  June 28, 2023                              */s/ Jennie P. Archer*
                                                    Jennie P. Archer
                                                    Senior Paralegal

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Jose and Madeline Lopez<br>2605 Medina Street<br>Vineland, NJ   08361 | Debtor(s) | ❏ Hand-delivered<br>☒ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other<br>    (as authorized by the court *) |
| Lee M. Perlman, Esquire<br>1926 Greentree Road, Suite 100<br>Cherry Hill, NJ   08003 | Debtor's Attorney | ❏ Hand-delivered<br>☒ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>❏ Other<br>(as authorized by the court *) |
| Sindi Mncina, Esquire<br>Robertson, Anschutz, Schneid, Crane & Partners<br>130 Clinton Road, #202<br>Fairfield, NJ   07004 | Creditor's Attorney | ❏ Hand-delivered<br>☒ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>❏ Other<br>(as authorized by the court *) |
| Jeanette F. Frankenberg, Esquire<br>Stern, Lavinthal & Frankenberg, LLC<br>105 Eisenhower Parkway, Suite 302<br>Roseland, NJ   07068 | Creditor's Attorney | ❏ Hand-delivered<br>☒ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>❏ Other<br>(as authorized by the court *) |

| | | |
|---|---|---|
| Seterus, Inc.<br>Attn: President/Authorized Agent<br>P.O. Box 1047<br>Hartford, CT   06143 | Creditor | ❑ Hand-delivered<br>☒ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other<br>(as authorized by the court *) |
| Wilmington Savings Fund Society, FSB<br>Attn: President/Authorized Agent<br>500 Delaware Avenue<br>Wilmington, DE   19801 | Creditor | ❑ Hand-delivered<br>☒ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other<br>(as authorized by the court *) |
| Nationstar Mortgage LLC, d/b/a Mr. Cooper<br>Attn: President / Authorized Agent<br>P.O. Box 619096<br>Dallas, TX   75261 | Creditor | ❑ Hand-delivered<br>☒ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other<br>(as authorized by the court *) |
| Selene Finance, LP<br>9990 Richmond Avenue, Suite 400 South<br>Attn: BK Dept<br>Houston, TX   77042 | Creditor | ❑ Hand-delivered<br>☒ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other<br>(as authorized by the court *) |